# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT EICKELBERG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA CITRUS RESEARCH BOARD; CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 1:15-cv-01608-SMS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 10) |

On December 30, 2015, Plaintiff filed a notice of voluntary dismissal without prejudice. Federal Rule of Civil Procedure 41(a)(1)(A) provides:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Because no answer or motion for summary judgment has been filed, this case has terminated. Defendants' motion to dismiss (Doc. 8) is therefore moot.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

IT IS SO ORDERED.

Dated: **December 31, 2015**　　　　　　／s/ **Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE